IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID D. DOWDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.  18-cv-1740 JPG |
| | ) |
| MOHAMMAD H. SULIMAN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a stipulation of dismissal (doc. 76). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. The parties have presented a signed stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: June 9, 2021

                                                     *s/J. Phil Gilbert*
                                                   UNITED STATES DISTRICT JUDGE